T IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BATTERY CONSERVATION INNOVATIONS, LLC, | ) ) ) |
| Plaintiff / Counterclaim-Defendant, | ) ) ) |
| v. | ) Case No. 19-850-CFC ) ) **JURY TRIAL DEMANDED** |
| SEGWAY INC., | ) ) ) |
| Defendant / Counterclaim-Plaintiff. | ) ) |

## STIPULATION AND [PROPOSED] ORDER
## TO AMEND SCHEDULING ORDER

**WHEREAS**, on November 8, 2019 the Court entered a Scheduling Order (D.I. 15) in the above-referenced matter;

**WHEREAS**, on February 18, 2020, the parties in the related case C.A. 19-1763 (plaintiff Battery Conservation Innovations, LLC and defendant Amer. Sports Winter & Outdoor Co.) filed a Joint Motion for Entry of Proposed Scheduling Order (D.I. 27), proposing a separate scheduling order with dates that are approximately three months later than the dates in the Nov. 8, 2019 Scheduling Order;

**WHEREAS**, on February 19, 2020 the Court entered the alternative Scheduling Order in the above-referenced C.A. number (D.I. 28) and C.A. No. 19-1763-CFC;

**WHEREAS**, the parties agree that an extension of pretrial dates in this matter is warranted;

**IT IS HEREBY STIPULATED AND AGREED** by Plaintiff Battery Conservation Innovations, LLC and Defendant Segway Inc. by and through their undersigned counsel, subject to the Court's approval, that the current Scheduling Order (D.I. 15) shall be modified to match the Scheduling Order entered at D.I. 28.

| STAMOULIS & WEINBLATT LLC | GREENBERG TRAURIG, LLP |
|---|---|
| /s/ Samatios Stamoulis | /s/ Benjamin J. Schladweiler |
| Stamatios Stamoulis (#4606) | Benjamin J. Schladweiler (# 4601) |
| Richard Charles Weinblatt (#5080) | The Nemours Building |
| 800 N. West Street, Third Floor | 1007 North Orange Street, Suite 1200 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Phone: (302) 999-1540 | Phone: (302) 661-7000 |
| stamoulis@swdelaw.com | schladweilerb@gtlaw.com |
| weinblatt@swdelaw.com | |
| | *Counsel for Defendant Segway Inc.* |
| *Counsel for Plaintiff Battery Conservations Innovations, LLC* | |

Dated: March 9, 2020

SO ORDERED, this __10th__ day of March, 2020.

_____
United States District Court Judge